STATE OF CONNECTICUT *v.* PAUL S. SHERBACOW

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 474, is denied.

*F. Mac Buckley,* in support of the petition.

*Susann E. Gill,* assistant state's attorney, in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* WALTER TORRES

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 568, is denied.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided September 18, 1990

STATE OF CONNECTICUT *v.* RICHARD A. WHITFIELD

The defendant's petition for certification for appeal from the Appellate Court, 21 Conn. App. 622, is denied.

*Louis S. Avitabile,* in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided September 18, 1990

CAROL C. JOHNSON *v.* SEWER AUTHORITY OF THE TOWN OF BRANFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 814, is denied.

*Carol C. Johnson,* pro se, in support of the petition.

Decided September 18, 1990